PER CURIAM.
Affirmed. See § 56.29, Fla. Stat. (1997); Fla. R. Civ. P. 1.610(a)(1); Pecora v. Pecora, 697 So.2d 1267 (Fla. 5th DCA 1997); Smith v. Knight, 679 So.2d 359 (Fla. 4th DCA 1996); Zeuda Corp. v. Grancolombiana Corp., 610 So.2d 509 (Fla. 3d DCA 1992), rev. denied, *534 623 So.2d 496 (Fla.1993); Warten v. Caguas Central Federal Savings Bank of Puerto Rico, 567 So.2d 42 (Fla. 3d DCA 1990).